

**NOT FOR PUBLICATION**

**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

| | |
|---|---|
| CYCLONE USA, INC., a Nevada corporation, | No. 10-55735 |
|       Plaintiff-counter-defendant - Appellee, | D.C. No. 2:03-cv-00992-AJW |
| LL&C DEALER SERVICES, LLC, | MEMORANDUM<sup>*</sup> |
|       Defendant-counter-claimant - Appellee, | |
|   v. | |
| SEI KIM, DBA Korean Industrial Design Company, Erroneously Sued as Korean Industrial Design Corporation, | |
|       Defendant-counter-claimant-3rd-party-plaintiff - Appellant, | |
| _____, | |
|   and | |
| JAY KIM, | |
|       Third-party-defendant. | |

---

<sup>*</sup>    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

Appeal from the United States District Court
for the Central District of California
Andrew J. Wistrich, Magistrate Judge, Presiding

Submitted December 8, 2011[**]
Pasadena, California

Before: NOONAN, GOULD, and IKUTA, Circuit Judges.


Sei Kim appeals the district court's award of $500 for a single transaction of false patent marking by Cyclone USA under 35 U.S.C § 292. On September 16, 2011, Congress amended 35 U.S.C. § 292 and made the amendments retroactive on pending cases. Leahy-Smith America Invents Act, Pub. L. No. 112-29, § 16(b)(4), 125 Stat. 329 (2011). The penalty under the amended § 292(a) is no longer available to a private party such as Sei Kim. Instead, § 292(b) now grants Sei Kim the right to recover damages to compensate for competitive injury due to the false patent marking. We **VACATE** and **REMAND** for a calculation of Cyclone USA's liabilities under the amended statute.

---

[**] The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).